UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. FINLEY, No. 127441.<br>Plaintiff,<br>v.<br>CALIFORNIA TREATMENT FACILITY, et al.,<br>Defendant(s). | Case No. 25-cv-06754-CRB  (PR)<br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br>(ECF No. 2) |

On November 4, 2025, the court notified plaintiff in writing that his prisoner action under 42 U.S.C. § 1983 is deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have passed, and plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Accordingly, plaintiff's incomplete IFP application (ECF No. 2) is DENIED, and the action is DISMISSED without prejudice.

The clerk shall terminate all pending motions as moot and close the file.

**IT IS SO ORDERED**.

Dated: December 17, 2025

CHARLES R. BREYER
United States District Judge