IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES D. FINLEY,** Plaintiff, **v.** **C. FRAIDE,** Defendant. | 3:25-cv-06754-CRB **~~[PROPOSED]~~ ORDER** |

Good cause appearing, Defendant's Administrative Motion for an Extension of Time to File a Dispositive Motion is **GRANTED**.

Defendant shall file a dispositive motion, if any, on or before April 19, 2027.

Dated: October 14, 2026

The Honorable Charles R. Breyer